Case 4:12-cv-00313-DPM   Document 33   Filed 10/21/14   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINNIE SIMS CAMP, as Surviving Wife and
Personal Representative of Sam Thomas Camp
and as Administratrix of the Estate of
Sam Thomas Camp                                                              PLAINTIFF

v.                              No. 4:12-cv-313-DPM

UNITED STATES OF AMERICA                                             DEFENDANT

## JUDGMENT

Camp's complaint is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

21 October 2014